The Prudential Insurance Company of America v. Clinton W. Campbell. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of Richard A. Knight, an Attorney.— Motion for a reargument of motion to dismiss petition of The Association of the Bar of the City of New York, or for leave to appeal to the Court of Appeals from order of this court entered January 19, 1942 [not reported], denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Grace Howe Coe v. Dudley B. Coe.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 853.] Motion for a stay pending said appeal granted upon appellant's filing the undertakings required by sections 593 and 594 of the Civil Practice Act. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

# (February 20, 1942.)

The People of the State of New York, Respondent, v. Maria Garcia, Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

The People of the State of New York, on the Complaint of Thomas Wagner, Respondent, v. Maurice Ryan, Appellant.— Judgment unanimously reversed, the complaint dismissed and the fine remitted, on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

The People of the State of New York, Respondent, v. John Morway, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Harold Ruthizer, Appellant, v. William Bass Dress Corp., Respondent.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Henry Zevin, Respondent, v. Davidson Burnside Corporation, Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

The People of the State of New York, Respondent, v. Frank Alascia, Appellant, Impleaded with Others, Defendants.—Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

The People of the State of New York, on the Complaint of Daniel Mach, Respondent, v. Walter S. Kraus, Doing Business as The Walter S. Kraus Co., Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Elsie H. Denny, Appellant, v. Brown, Wheelock, Harris, Stevens, Inc., and Duncan G. Harris, Respondents.— Judgment and order unanimously reversed, with costs, and the motion denied, on the ground that questions of fact are involved which can be disposed of only after a trial of the issues. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [177 Misc. 236.]